UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL H. STODDART, individually and on behalf of similarly situated and similarly aggrieved current and former employees of EXPRESS SERVICES, INC. d/b/a EXPRESS EMPLOYMENT PROFESSIONALS, PHILLIPS & ASSOCIATES, INC. d/b/a EXPRESS EMPLOYMENT PROFESSIONALS, WESTERN WINE SERVICES, INC., and Does 1 through 100, inclusive,<br><br>         Plaintiff,<br><br>    v.<br><br>EXPRESS SERVICES, INC. d/b/a EXPRESS EMPLOYMENT PROFESSIONALS, PHILLIPS & ASSOCIATES, INC. d/b/a EXPRESS EMPLOYMENT PROFESSIONALS, WESTERN WINE SERVICES, INC., and Does 1 through 100, inclusive,<br><br>         Defendants.<br>_____/ | NO. CIV. S-12-1054 KJM CKD<br><br>STATUS (PRETRIAL SCHEDULING) ORDER |

An initial scheduling conference was held in this case on August 30, 2012; Graham Hollis and Marta Manus appeared for plaintiff; Elizabeth Wood, Janet Grumer and Carolyn Hall appeared for defendants. Having reviewed the parties' Joint Status Report filed on

/////

August 23, 2012, and discussed a schedule for the case with counsel at the hearing, the court makes the following orders regarding the pre-certification discovery phase of the case:

I.    SERVICE OF PROCESS

All named defendants have been served and no further service is permitted without leave of court, good cause having been shown.

II.    JURISDICTION/VENUE

Jurisdiction is predicated upon 28 U.S.C. § 1332. Jurisdiction and venue are not disputed.

III.    PRE-CERTIFICATION DISCOVERY

Initial disclosures as required by Federal Rule of Civil Procedure 26(a) shall be completed by September 25, 2012. As ordered, the parties have filed a stipulation describing the parameters of discovery they agree can now proceed.

On November 30, 2012, the court will hear argument on plaintiff's motion to clarify the scope of pre-certification discovery with briefing to be filed as provided by the Local Rules. Also on November 30, 2012, the court will hold a further status conference to set the schedule for the remainder of the pre-certification phase.

IT IS SO ORDERED.

DATED: September 18, 2012.

_____
UNITED STATES DISTRICT JUDGE