UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL H. STODDART,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EXPRESS SERVICES, INC., et al.,<br><br>　　　　Defendants. | No.  2:12-cv-01054-KJM-CKD<br><br>**ORDER TO SHOW CAUSE** |

On April 11, 2014, the court issued a minute order setting a preliminary approval hearing for July 11, 2014 and indicating the briefing schedule will be governed by the Local Rules.  ECF No. 37.  Local Rule 230(b) states a motion shall be filed not less than twenty-eight days prior to a hearing.  Plaintiff has failed to comply with the court's order and file a motion for preliminary approval not less than twenty-eight days before the July 11, 2014 hearing.

Accordingly, counsel for plaintiff is hereby ordered to show cause on or before July 7, 2014 why sanctions should not be imposed against counsel for their failure to comply with the court's order and for failure to prosecute this action.  Sanctions may include monetary sanctions or dismissal.

　　　　IT IS SO ORDERED.

Dated: June 30, 2014.

_____
UNITED STATES DISTRICT JUDGE