UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL H. STODDART,<br><br>        Plaintiff,<br><br>   v.<br><br>EXPRESS SERVICES, INC., et al.,<br><br>        Defendants. | No.  2:12-cv-01054-KJM-CKD<br><br><br><br>ORDER |

        On June 30, 2014, the court issued an order to show cause directing counsel for plaintiff to show cause why sanctions should not be imposed for their failure to comply with the court's April 11, 2014 order setting a preliminary approval hearing and for failure to prosecute this action.  ECF No. 38.

        On June 30, 2014, the parties filed a joint stipulation to continue the July 11, 2014 hearing on plaintiff's motion for preliminary approval.  ECF No. 39.  The parties state plaintiff's counsel is out of the country and unavailable for the hearing and on March 5, 2014 the parties engaged in mediation.  *Id.* at 2.  The parties also state the settlement must be approved by defendant's Board of Directors and defendant anticipates the board will vote by mid-July.  *Id.*  The parties request the hearing on plaintiff's motion for preliminary approval of class action settlement to be continued to December 5, 2014.  Good cause appearing, the request is GRANTED.

1

With regard to the court's order to show cause, on July 3, 2014, plaintiff's counsel filed a declaration explaining why she did not timely file a motion for preliminary approval not less than twenty-eight days before the July 11, 2014 hearing, in accordance with the court's April 11, 2014 order.  ECF No. 40.  Despite counsel's failure to take responsibility for not keeping the court apprised and timely requesting a continuance of the July 11th hearing date, given counsel's prompt response to the court's order to show cause and counsel's explanations, the court declines to impose sanctions.  Counsel is cautioned however that future failures to comply with court orders are unlikely to be met with such restraint.

IT IS THEREFORE ORDERED that:

1. The hearing on plaintiff's motion for preliminary approval is continued from July 11, 2014 to December 5, 2014.

2. The Order to Show Cause filed June 30, 2014 is discharged.

Dated:  July 8, 2014.

_____
UNITED STATES DISTRICT JUDGE