UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STODDART, | No. 2:12-CV-01054 KJM CKD |
| Plaintiff, | |
| v. | STATUS (PRETRIAL SCHEDULING) |
| EXPRESS SERVICES, INC., et al., | ORDER |
| Defendants, | |

A status conference was held in this case on February 5, 2015. Graham Hollis, Kimberly Neilson and Marta Manus; Richard Simmons, Janet Grumer and Jason Kearnaghan appeared for defendants Express Services, Inc. and Phillips & Associates; Fraser McAlpine appeared telephonically for defendant Western Wine Services, Inc..

Having reviewed the parties' Joint Status Report filed on January 29, 2015, and discussed a schedule for the case with counsel at the hearing, the court makes the following orders:

(1) No later than March 7, 2015, the parties may file a stipulation to file a first amended complaint, or in the alternative, plaintiff will file a motion for leave to file a first amended complaint.

/////

1

      (2) Limited discovery on the issue of other settlements and releases must be completed by April 6, 2015. In this context, "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved before the magistrate judge by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed.

      (3) Plaintiff is directed to file a motion regarding the scope of discovery no later than April 6, 2015.

This Status Order will become final without further order of the court unless objections are filed within fourteen (14) *calendar* days of service of this Order.

IT IS SO ORDERED.

DATED: February 11, 2015.

_____
UNITED STATES DISTRICT JUDGE