UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL H. STODDART, et al., | No. 2:12-CV-1054 KJM CKD |
| Plaintiffs, | |
| v. | STATUS (PRETRIAL SCHEDULING) |
| EXPRESS SERVICES, INC., d/b/a EXPRESS EMPLOYMENT PROFESSIONALS, et al., | ORDER – CLASS CERTIFICATION PHASE |
| Defendants. | |

Having reviewed the parties' Joint Status Report filed on July 14, 2016, the court makes the following orders:

I.  SERVICE OF PROCESS

All named defendants have been served and no further service is permitted without leave of court, good cause having been shown.

II.  ADDITIONAL PARTIES/AMENDMENTS/PLEADINGS

No further joinder of parties or amendments to pleadings is permitted without leave of court, good cause having been shown. *See* Fed. R. Civ. P. 16(b); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604 (9th Cir. 1992).

/////

III.   JURISDICTION/VENUE

Jurisdiction is predicated upon 28 U.S.C. § 1332. Jurisdiction and venue are not disputed.

IV.   DOE DEFENDANTS

Plaintiff's request to dismiss Doe defendants is granted.

V.   DISCOVERY

Initial disclosures as required by Federal Rule of Civil Procedure 26(a) have been completed. Class certification discovery shall be completed by **April 7, 2017**. In this context, "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed. All motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the local rules of this court. While the assigned magistrate judge reviews proposed discovery phase protective orders, requests to seal or redact are decided by Judge Mueller as discussed in more detail below. In addition, while the assigned magistrate judge handles discovery motions, the magistrate judge cannot change the schedule set in this order, even in connection with a discovery matter.

The parties are directed to meet and confer regarding the scope of discovery. Motions regarding discovery shall be notice before the Magistrate Judge, as provided by Local Rule 302(c).

VI.   HEARING ON CLASS CERTIFICATION

Hearing on class certification is set for **May 5, 2017**, at 9:00 a.m. in Courtroom 3. All further scheduling dates will be set after class certification has been determined.

VI.   MODIFICATION OF STATUS (PRETRIAL SCHEDULING) ORDER

The parties are reminded that pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the Status (Pretrial Scheduling) Order shall not be modified except by leave of court upon a showing of good cause. Agreement by the parties pursuant to stipulation alone does not

/////

2

constitute good cause.  Except in extraordinary circumstances, unavailability of witnesses or counsel does not constitute good cause.

The assigned magistrate judge is authorized to modify only the discovery dates shown above to the extent any such modification does not impact the balance of the schedule of the case.

VIII.   OBJECTIONS TO STATUS (PRETRIAL SCHEDULING) ORDER

This Status Order will become final without further order of the court unless objections are filed within fourteen (14) *calendar* days of service of this Order.

IT IS SO ORDERED.

DATED:  August 4, 2016.

_____
UNITED STATES DISTRICT JUDGE