UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STODDART, | No. 2:12-cv-1054 KJM CKD |
| Plaintiff, | |
| v. | ORDER |
| EXPRESS SERVICES, et al., | |
| Defendants. | |

An informal discovery conference was held before the undersigned on December 8, 2016. Marta Manus, Graham Hollis and Janine Menhennet appeared telephonically for plaintiff. Morgan Forsey and Brett Young appeared telephonically for defendants Express Services, Inc. and Phillips & Associates, Inc. Douglas Johnston appeared telephonically for defendant Western Wine Services, Inc. Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

The motion to compel is granted in part and denied in part. No later than January 3, 2017, defendants Express Services and Phillips & Associates shall provide contact information for all putative class members. No later than January 3, 2017, defendants shall also provide wage statement exemplars for employees within the putative class and any employment training manual and policies pertaining to meal periods, compensation, and time keeping/payroll practices, which

were either created or disseminated by defendants.  The remainder of the motion to compel is denied.

Dated:  December 9, 2016

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 stoddart1054.idc

2