SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
RICHARD J. SIMMONS, Cal. Bar No. 72666
JASON W. KEARNAGHAN, Cal. Bar No. 207707
NORA K. STILES, Cal. Bar No. 280692
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone: 213.620.1780
Facsimile: 213.620.1398

MORGAN P. FORSEY, Cal. Bar No. 241207
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100
Facsimile: 415.434.3947
Email: mforsey@sheppardmullin.com

Attorneys for EXPRESS SERVICES, INC.
and PHILLIPS & ASSOCIATES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL H. STODDART individually and on behalf of similarly situated and similarly aggrieved current and former employees of EXPRESS SERVICES, INC. d/b/a EXPRESS EMPLOYMENT PROFESSIONALS, PHILLIPS & ASSOCIATES, INC. d/b/a EXPRESS EMPLOYMENT PROFESSIONALS, WESTERN WINE SERVICES, INC., and Does 1 through 100, inclusive,<br>　　　　Plaintiffs,<br>　vs.<br>EXPRESS SERVICES, INC. d/b/a EXPRESS EMPLOYMENT PROFESSIONALS, PHILLIPS & ASSOCIATES, INC. d/b/a/ EXPRESS EMPLOYMENT PROFESSIONALS, WESTERN WINE SERVICES, INC., and Does through 100, inclusive,<br>　　　　Defendants. | Case No. 2:12-cv-01054-KJM-CKD<br><br>[Assigned to the Hon. Kimberly J. Mueller]<br><br>**ORDER MODIFYING SCHEDULING ORDER**<br><br>Action Filed: March 13, 2012 |

SMRH:483579923.1

**ORDER**

Good cause appearing, and pursuant to the Parties' stipulation, **IT IS ORDERED** that the hearing on class certification shall be continued from September 8, 2017 to January 12, 2018 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: August 2, 2017.

_____
UNITED STATES DISTRICT JUDGE