1  GRAHAMHOLLIS APC
   Graham S.P. Hollis (SBN 120577)
2  ghollis@grahamhollis.com
   Geoff D. LaVal (SBN 279987)
3  glaval@grahamhollis.com
   3555 Fifth Avenue
4  San Diego, CA  92103
   Telephone:    (619) 692-0800
5  Facsimile:    (619) 692-0822

6  COHELAN KHOURY & SINGER
   Michael D. Singer (SBN 115301)
7  msinger@ckslaw.com
   Janine R. Menhennet (SBN 163501)
8  jmenhennet@ckslaw.com
   605 C Street, Suite 200
9  San Diego, CA 92101
   Telephone:    (619) 595-3001
10 Facsimile:    (619) 595-3000

11 Attorneys for Plaintiff Michael Stoddart

12                UNITED STATES DISTRICT COURT

13             FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 14  MICHAEL H. STODDART individually and on behalf of similarly situated and similarly aggrieved current and former employees of EXPRESS SERVICES, INC. d/b/a EXPRESS EMPLOYMENT PROFESSIONALS, PHILLIPS & ASSOCIATES, INC. d/b/a EXPRESS EMPLOYMENT PROFESSIONALS, WESTERN WINE SERVICES, INC., and Does 1 through 100, inclusive,<br><br>           Plaintiff,<br><br>     v.<br><br>EXPRESS SERVICES, INC. d/b/a EXPRESS EMPLOYMENT PROFESSIONALS, PHILLIPS & ASSOCIATES, INC. d/b/a EXPRESS EMPLOYMENT PROFESSIONALS, WESTERN WINE SERVICES, INC., and Does 1 through 100, inclusive,<br><br>           Defendants. | Case No.:   2:12-cv-01054-KJM-CKD<br><br>**CLASS ACTION**<br><br>**[UNOPPOSED]**<br><br>**NOTICE OF MOTION AND PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:         April 20, 2018<br>Time:         10:00 a.m.<br>Courtroom:    3 (15th Floor)<br>Judge:        Hon. Kimberly J. Mueller<br><br><br>Action Filed:   March 13, 2012<br>Case Removed:   April 20, 2012<br>Trial Date:     None set |

2:12-cv-01054-KJM-CKD
NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE that on April 20, 2018 at 10:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 3 (15th Floor) of the above-captioned court, located at 501 I Street, Sacramento, California 95814, the Honorable Kimberly J. Mueller presiding, Plaintiff Michael Stoddart ("Plaintiff") will, and hereby does, move this Court for an Order Granting Preliminary Approval of the Class Action Settlement which has the effect of doing the following:

1) Granting preliminary approval of the proposed settlement set forth more particularly in the Stipulation and Settlement of Class Action and Private Attorneys General Act Claims, including its exhibits ("Agreement"), attached as Exhibit "1" to the Declaration of Isam C. Khoury, filed concurrently with this motion;

2) Certifying the Class for settlement purposes only;

3) Approving the Notice of Pendency of Class Action Settlement, Change of Address Form, and pre-printed return envelope (collectively, "Notice Packet"), Agreement Exhibits A-C, to be mailed to all Settlement Class Members;

4) Appointing Class Counsel;

5) Appointing the Named Plaintiff as the Class Representative;

6) Appointing the Settlement Administrator; and

7) Setting a Final Approval Hearing to consider final judicial approval of the proposed Settlement.

This Motion is based upon this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the Declaration of Class Counsel Isam C. Khoury and Graham S.P. Hollis, and the Agreement, including its exhibits, and other records and files in this litigation, and such other matters as may be properly presented at or before the hearing.

///
///
///
///
///
///

The Parties have met and conferred regarding the substance of the motion, and Plaintiff anticipates no objection to this motion from Defendants.

                                        Respectfully submitted,

Dated: March 9, 2018                GRAHAMHOLLIS APC
                                        COHELAN KHOURY & SINGER

                                        By: s/Janine R. Menhennet
                                              Janine R. Menhennet
                                              Attorneys for Plaintiff
                                              MICHAEL H. STODDART